# UNITED STATES DISTRICT COURT
# FOR THE WESTEND DISTRICT
# OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **Mohamed Mejbel,**<br>    **Plaintiff,**<br><br>**v.**<br><br>**Columbia Debt Recovery LLC dba Genesis Credit Management LLC,**<br>    **Defendant.** | **Civil Action Number:**<br>**1:25-cv-00167-RP** |

### DEFENDANT COLUMBIA DEBT RECOVERY LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT TO

THE HONORABLE JUDGE OF SAID COURT:

Per Federal Rule of Civil Procedure 7.1, Defendant, COLUMBIA DEBT RECOVERY LLC ("Defendant"), hereby gives notice that it is not a publicly held entity. Therefore, no parent or publicly held corporations own 10% or more of Defendant's stock.

Respectfully submitted,

/s/ Francesca A. Di Troia
Francesca A. Di Troia
State Bar No. 24097596
fditroia@bn-lawyers.com
**BARRON & NEWBURGER, P.C.**
7320 N. MoPac Expy., Suite 400
Austin, Texas 78731

1

Tel: (512) 476-9103
Fax: (512) 576-9253
**ATTORNEY FOR DEFENDANT**
**COLUMBIA DEBT RECOVERY LLC**

## CERTIFICATE OF SERVICE

This is to certify that on the 13th day of March, 2025, a true and correct copy of the above and foregoing was served *via the Court's CM/ECF system and/or by e-mail transmission* on all parties of record, including:

***Mohamed Mejbel***
726 Liard River Rd
Hutto, TX 78634
469-514-2110
[Momejbel97@yahoo.com](mailto:Momejbel97@yahoo.com)
Pro Se

/s/ Francesca A. Di Troia
Francesca A. Di Troia