FILED
2025 APR 11 PM 12: 42
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ CR _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| MOHAMMED MEJBEL<br>Plaintiff, | ) JURY TRIAL DEMANDED<br>)<br>) |
| v.<br>COLUMBIA DEBT RECOVERY<br>LLC DBA GENESIS CREDIT<br>MANAGEMENT LLC<br>Defendant. | ) Case No. 1:25-cv-000167-RP<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SETTLEMENT

The Plaintiff, Mohammed Mejbel, respectfully notifies the Court of a settlement that has been reached and is presently being finalized. The settlement is expected to be concluded within the next 30 days. Accordingly, the parties kindly request that this honorable Court remove all dates currently listed on the calendar in relation to this case.

Respectfully submitted:

April 11, 2025
/s/ Mohammed Mejbel
Mohammed Mejbel, Plaintiff pro se
726 Liard River Rd
Hutto, Texas 78634
Momejbel97@yahoo.com

1

## Certificate of Service

I hereby certify that a copy of the foregoing Notice of Settlement has been served upon Defendant's counsel via email listed below on 04/11/2025.

Francesca A. Di Troia
fditroia@bn-lawyers.com
512-476-9103
7320 N. MoPac Expy., Suite 400
Austin, Texas 78731
*Attorney for Defendant*

Mohammed Mejbel, Plaintiff pro se
726 Liard River Rd
Hutto, Texas 78634
469-514-2110
Momejbel97@yahoo.com